FILED
2025 OCT 14 AM 10: 19

For the last month (August-September) I was out of town for work and I got sick w/ Covid and Pneumonia. I was in the hospital and was not able to complete the course. I am willing to complete it based on what the court orders me to do.

*[signature]*
10/14/2025